# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 25-7133**

**September Term, 2025**

FILED ON: DECEMBER 29, 2025

ARTEMUS EDEN,

        APPELLEE

v.

STATION TOWNHOUSES LLC AND BOZZUTO MANAGEMENT COMPANY,

        APPELLANTS

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-02944)

———

Before: PILLARD and KATSAS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs and oral arguments of the parties. The panel has accorded these issues full consideration and decided that they do not warrant a published opinion. See D.C. Cir. R. 36(d). It is hereby

**ORDERED AND ADJUDGED** that the district court's order granting a preliminary injunction to Artemus Eden be **VACATED** because the defendants have failed to allege the requisite facts to establish the complete diversity of citizenship required for federal diversity jurisdiction, and that the case be **REMANDED** to the District of Columbia Superior Court whence it came.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk